# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

CIRCUS FRUITS WHOLESALE CORP.,

*Plaintiff,*

v.

FARMER JOEN PRODUCE CORP. and JU GIL JOEN,

*Defendants.*

Civil Action No. 17-1812

**ORDER**

This matter comes before the Court by way of the Motion for Temporary Restraining Order or Preliminary Injunction filed by Plaintiff Circus Fruits Wholesale Corporation. D.E. 3. The Court reviewed Circus Fruits' submissions (D.E. 1, 3, 4) and heard oral argument on the motion on April 18, 2017. Although Defendants did not make any submissions in opposition to the Motion, counsel appeared at oral argument on behalf of Farmer Joen Produce Corporation and Ju Gil Joen. For the reasons set forth in the Court's Memorandum Opinion accompanying this Order, and for good cause shown,

IT IS on this 18th day of April, 2017

**ORDERED** that Plaintiff's Motion for Preliminary Injunction is **GRANTED** pursuant to Federal Rule of Civil Procedure 65; and it is further

**ORDERED** that Defendants, their customers, agents, officers, subsidiaries, assigns, and banking institutions are enjoined from alienating, dissipating, paying over or signing any assets of Defendants Farmer Joen Corp. and Ju Gil Joen, their subsidiaries or related companies up to the sum of $85,633.00, except for payment to Plaintiff up to the sum of $85,633.00 or until further order of this Court; and it is further

**ORDERED** that no security or bond shall be required under Federal Rule of Civil Procedure 65(c).

_____
John Michael Vazquez, U.S.D.J.